COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-06-111-CV

 

 

ESTATE OF HORACE L.
BETTS, JR., DECEASED

 

 

                                               ----------

               FROM
PROBATE COURT NO. 1 OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant Stephen Betts= request
to withdraw his appeal.  It is the court=s
opinion that the request should be granted; therefore, we dismiss the
appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the
appellant, for which let execution issue.

PER CURIAM

PANEL D:   WALKER, J.; CAYCE, C.J.; and MCCOY, J.

 

DELIVERED: May 25, 2006











[1]See Tex. R. App. P. 47.4.